IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JENICE DIAZ, by herself, and JENICE DIAZ as heir of the Estate of Angel Adrián Maldonado,<br><br>    Plaintiff<br><br>         v.<br><br>DR. EFRAIN GONZALEZ-DROZ, et. al.,<br><br>    Defendants<br><br>         v.<br><br>DR. LUIS COLLAZO, et. al.,<br><br>    Third-Party Defendants | CIVIL NO. 06-1106 (JP) |

**FINAL JUDGMENT**

The Court has before it Plaintiff's Motion for Voluntary Dismissal With Prejudice (**No. 153**) of all claims against all parties. The Court also has before it a Notice of Voluntary Dismissal (**No. 152**) filed by Fundación Dr. Manuel Pila-Iglesias, Inc.; and its insurer, American international Insurance Company of P.R. Inc., ("AIICO"), for dismissal of the Third-Party Complaint and all cross claims.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint and all claims emanating therefrom. The Court retains jurisdiction to

CIVIL NO. 06-1106 (JP)          -2-

enforce the terms of the confidential settlement agreement entered into by the parties.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of June, 2007.

                                              s/Jaime Pieras, Jr.
                                              JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE